**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2020

**ORDER**

               -against-          15 Cr 78

PHILLIP MUIR,

                        Defendant.
-----------------------------------------------------------------X


The Clerk's Office is directed to open a civil case based upon Documents #172 and #173

in the above entitled action.


Dated: New York, New York
      February 26, 2020


_____
**RICHARD M. BERMAN, U.S.D.J.**