USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILLIP MUIR,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

20-CV-1708 (RMB)

15-CR-00078 (RMB)

**ORDER**

The Court directs Mr. Muir's CJA trial counsel, Mr. Karloff Commissiong and Mr. Michael Martin, to file responses to Mr. Muir's claims of ineffective assistance of counsel by March 18, 2020.

Dated: March 4, 2020
         New York, New York

*Richard M. Berman*

---

RICHARD M. BERMAN
United States District Judge

**Copies Mailed By Chambers**