## ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 715<br>NEW YORK, NY 10006<br>TEL: 212-430-6590<br>FAX: 212-981-3305 | MARTIN E. ADAMS<br>KARLOFF C. COMMISSIONG<br>ADMITTED TO PRACTICE IN NEW YORK<br>WWW.AMCMLAW.COM |

April 20, 2020

**VIA ECF AND ELECTRONIC MAIL**

Hon. Richard M. Berman
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>United States v. Phillip Muir</u>, 15 Cr. 078 – Request for 2-week extension of time to file response to claims of ineffective assistance of counsel

Dear Judge Berman:

A response to Mr. Muir's claims of ineffective assistance of counsel is due today, April 20, 2020. I am writing to request a 2-week extension of time to provide a response. The additional time will allow an opportunity to appropriately review his claims, as well as the government's response.

Accordingly, I request a 2-week extension of time to respond to Mr. Muir's claims.

Respectfully Submitted,

*/s/ Karloff C. Commissiong*

Karloff C. Commissiong, Esq.

---

Extension granted. Response due May 4, 2020.

SO ORDERED:
Date: 4/21/2020
*/s/ Richard M. Berman*
Richard M. Berman, U.S.D.J.