UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP MUIR,

                Petitioner,

    -against-

UNITED STATES OF AMERICA,

                Respondent.

15-CR-0078 (RMB)

20-CV-1708 (RMB)

ORDER

        The United States Attorney for the Southern District of New York (Attn: Thomas S. Burnett) is requested to file a brief response to *pro se* Petitioner's amended motion, dated September 26, 2022, on or before February 23, 2023. The Assistant United States Attorney should include procedural and substantive issues.

        The Clerk of Court is requested to serve copies of this Order.

Dated: February 14, 2023
       New York, New York

                                      **RICHARD M. BERMAN, U.S.D.J.**